**H. S. SHORT, d/b/a Big Branch Fuel Company, Appellant,**

**v.**

**INDEPENDENT EXPLOSIVES COMPANY et al., Appellees.**

Court of Appeals of Kentucky.

Nov. 11, 1960.

Clark Pratt, Hindman, for appellant.

Afton Smith, Hindman, for appellees.

PER CURIAM.

Motion for appeal from a judgment of the Knott Circuit Court, John Chris Cor-

nett, J., entered on a jury verdict awarding appellees $432.60 on a trade account.

A review of the record discloses no error.

Motion overruled. The judgment stands affirmed.